STATE OF NORTH CAROLINA v. JAMES A. BLACKMON

No. 61PA86

(Filed 4 March 1987)

WE granted the defendant's petition for discretionary review pursuant to N.C.G.S. 7A-31 on 2 July 1986 to review the unreported decision of the Court of Appeals (*Hedrick, C.J.*, with *Arnold, J.*, and *Webb, J.*, concurring). The Court of Appeals found no error in defendant's trial by *Winberry, J.* (sentence by *Phillips, J.*), in the Superior Court of PITT County, in which defendant was found guilty of assault with a deadly weapon inflicting serious injury and was sentenced to eight years imprisonment.

*Lacy H. Thornburg, Attorney General, by Richard L. Griffin, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Leland Q. Towns, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

Having carefully considered the opinion of the Court of Appeals, the records, briefs, and oral arguments in the case before us, we conclude that our order of 2 July 1986 allowing the defendant's petition for discretionary review was improvidently allowed.

Discretionary review improvidently allowed.

Justice WEBB did not participate in the consideration or decision of this case.